827 A.2d 1039

IN THE MATTER OF JAMES I. PECK, IV, AN ATTORNEY
AT LAW (ATTORNEY NO. 003961974).

July 24, 2003.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–342, concluding that **JAMES I. PECK, IV**, of **WEST ORANGE**, who was admitted to the bar of this State in 1974, should be suspended from the practice of law pursuant to *Rule* 1:20–13(c), for a period of one year, for violation of *RPC* 8.4(b)(commission of a criminal act that reflects adversely on a lawyer's honesty, trustworthiness or fitness), based on respondent's conviction of violation of 18 *U.S.C.A.* § 2252(a)(4)(B), for which respondent was sentenced to a period of incarceration, and from which he now has been released;

And the Disciplinary Review Board having determined that the term of suspension should be retroactive to October 25, 2001, the effective date of respondent's automatic temporary suspension pursuant to *Rule* 1:20–13(b);

And the Court having concluded that the term of suspension to be imposed should be commensurate with the period of time that respondent now has been temporarily suspended pursuant to *Rule* 1:20–13(b);

And good cause appearing:

It is ORDERED that the suspension served by **JAMES I. PECK, IV**, that commenced October 25, 2001, be deemed sufficient discipline for respondent's unethical conduct; and it is further

ORDERED that respondent continue to be restrained and enjoined from practicing law during the period of suspension and that respondent continue to comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.